# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

VIRGINIA BALOGH, GARY
DENHOFF, LOUISE DENHOFF,
WILLIAM DEVLIN, MARY
DEVLIN, HAROLD KIEL,
BARBARA KIEL, AND BRIAN
SHAFER

*Plaintiffs*,

vs.

DOMINION ENERGY, INC.,
EASTERN GAS TRANSMISSION
AND STORAGE, INC. F/K/A
DOMINION ENERGY
TRANSMISSION, INC. AND BHE
GT&S, LLC,

*Defendants*.

## AFFIDAVIT OF JORDAN C. SALTZBERG

I, Jordan C. Saltzberg, being duly sworn according to law, depose and state as follows:

1. I am Corporate & Subsidiary Governance Strategic Advisor at Dominion Energy Services, Inc., which provides centralized services (including corporate secretary services) to Dominion Energy, Inc. ("Dominion").

2. I have personal knowledge of the statements set forth in this Affidavit.

3. Dominion is a Virginia corporation.

4. Dominion's principal place of business is in Richmond, Virginia.

5.  The statements made in this Affidavit are true and correct to the best of my knowledge, information, and belief.

_____
Jordan C. Saltzberg

SWORN TO and subscribed before me this 5th day of July, 2022.

_____
Notary Public