# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

VIRGINIA BALOGH, GARY
DENHOFF, LOUISE DENHOFF,
WILLIAM DEVLIN, MARY
DEVLIN, HAROLD KIEL,
BARBARA KIEL, AND BRIAN
SHAFER

*Plaintiffs*,

vs.

DOMINION ENERGY, INC.,
EASTERN GAS TRANSMISSION
AND STORAGE, INC. F/K/A
DOMINION ENERGY
TRANSMISSION, INC. AND BHE
GT&S, LLC,

*Defendants*.

Case No.

## AFFIDAVIT OF JACQUELINE A. WILSON

I, Jacqueline A. Wilson, being duly sworn according to law, depose and state as follows:

1. I am an Authorized Representative for Eastern Gas Transmission and Storage, Inc. ("EGTS").

2. I have personal knowledge of the statements set forth in this Affidavit.

3. EGTS is a Delaware corporation. The Complaint filed by Plaintiffs does not allege a state of incorporation for EGTS.

4. EGTS is headquartered in Richmond, Virginia with a principal place of business is in Bridgeport, West Virginia.

5. The statements made in this Affidavit are true and correct to the best of my knowledge, information and belief.

_Jacqueline A. Wilson_
Jacqueline A. Wilson
Assistant General Counsel

SWORN TO and subscribed before me this 6th day of July, 2022.

_Notary Public_
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Tara L. Knutson-Garrett
39 Laviota Drive
Morgantown, WV 26508
My Commission Expires Mar. 6, 2027