# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

VIRGINIA BALOGH, GARY
DENHOFF, LOUISE DENHOFF,
WILLIAM DEVLIN, MARY
DEVLIN, HAROLD KIEL,
BARBARA KIEL, AND BRIAN
SHAFER

    *Plaintiffs*,

vs.

DOMINION ENERGY, INC.,
EASTERN GAS TRANSMISSION
AND STORAGE, INC. F/K/A
DOMINION ENERGY
TRANSMISSION, INC. AND BHE
GT&S, LLC,

    *Defendants*.

Case No.

## AFFIDAVIT OF JACQUELINE A. WILSON

I, Jacqueline A. Wilson, being duly sworn according to law, depose and state as follows:

1. I am an Authorized Representative for BHE GT&S, LLC ("BHE GT&S").

2. I have personal knowledge of the statements set forth in this Affidavit.

3. BHE GT&S is a Delaware limited liability company. BHE GT&S' principal place of business is in Richmond, Virginia.

4. BHE GT&S is 100% owned by BHE Pipeline Group, LLC ("BHE Pipeline Group").

5. BHE Pipeline Group is a Delaware limited liability company. BHE Pipeline Group's principal place of business is in Des Moines, Iowa.

6. BHE Pipeline is 100% owned by Berkshire Hathaway Energy Company ("Berkshire Hathaway Energy").

7. Berkshire Hathaway Energy is an Iowa corporation. Berkshire Hathaway Energy's principal place of business is in Des Moines, Iowa.

8. The Complaint filed by Plaintiffs does not allege a state of incorporation for BHE GT&S, BHE Pipeline Group or Berkshire Hathaway Energy.

9. The statements made in this Affidavit are true and correct to the best of my knowledge, information and belief.

*Jacqueline A. Wilson*
Jacqueline A. Wilson
Assistant General Counsel

SWORN TO and subscribed before me this 6th day of July, 2022.

_____
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Tara L. Knutson-Garrett
39 Lavista Drive
Morgantown, WV 26508
My Commission Expires Mar. 6, 2027